IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Edmund Awah  
P.O. Box 2944  
Montgomery Village  
MD 20886  
_(Full name and address of the plaintiff)_  
Plaintiff(s)

vs.

Capital One Bank  
S/O Corporation Service Company  
11 South 12th St  
Richmond, VA 23219  
_(Full name and address of the defendant(s))_  
Defendant(s)

\* \* \* \* \* \*

FILED ___ ENTERED  
LOGGED ___ RECEIVED  

MAR 07 2013  

AT GREENBELT  
CLERK, U.S. DISTRICT COURT  
DISTRICT OF MARYLAND  
BY _____ DEPUTY

Civil No.: DKC 13 CV 0706  
_(Leave blank. To be filled in by Court.)_

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

   _____
   _____

2. The facts of this case are:

1. Plaintiff had a line of credit with Capital One Bank

2. The balance on the line of credit was $570.39 as at October 2011

3. On October 19, 2011 Plaintiff made two check deposits in the amount of ($500 and $570.39) into plaintiff's accounts with Capital One. The two deposits totalled $570 and Plaintiff instructed the bank to use the deposit to offset the balance.

4. Defendant did not credit Plaintiff's account with the check deposits

5. Defendant then filed a derogatory report on Plaintiff's credit file. This filing violated the following sections of 15 USC §1692:
   (i) 15 USC § 1692 g (a)(1)
   (ii) 15 USC § 1692 g (b)
   (iii) 15 USC § 1692 d (5)
   (iv) 15 USC § 1692 e (11)
   (v) 15 USC § 1692 c (a)(1)
   (vi) 15 USC § 1692 c (c)
   (vii) 15 USC § 1692 e (2)(A)

3.  The relief I want the court to order is:

☐ Damages in the amount of: $10,000 and statutory damage in the amount of $1000

☐ An injunction ordering: _____

☐ Other (explain) Punitive damage in the amount this Court deems appropriate.

02/22/2013
(Date)

(Signature)

Edmund Awah
P.O. Box 2944
Montgomery Village
MD 20886

(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.