IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDMUND AWAH

v.  :  Civil Action No. DKC 13-0706

CAPITAL ONE BANK

**AMENDED ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 19th day of September, 2013, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss filed by Plaintiff Edmund Awah (ECF No. 13) BE, and the same hereby IS, GRANTED and the motion filed by Defendant (ECF No. 8) BE and the same hereby IS DENIED as moot;

2. The complaint filed by Plaintiff (ECF No. 1) BE, and the same hereby IS, DISMISSED WITHOUT PREJUDICE; and

3. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the Defendant and directly to the Plaintiff and CLOSE this case.

              /s/
DEBORAH K. CHASANOW
United States District Judge